Ryan E. Cosgrove (SBN 277907)
ryan.cosgrove@nelsonmullins.com
NELSON MULLINS RILEY & SCARBOROUGH LLP
19191 S. Vermont Ave., Suite 900
Torrance, CA 90502
Telephone:  (424) 221-7400
Facsimile:  (424) 221-7499

Blake A. Gansborg (admitted *pro hac vice*)
blake.gansborg@nelsonmullins.com
NELSON MULLINS RILEY & SCARBOROUGH LLP
1400 Wewatta Street, Suite 500
Denver, CO 80202
Telephone:  (303) 583-9900
Facsimile:  (303) 583-9999

Kevin P. Polansky (admitted *pro hac vice*)
kevin.polansky@nelsonmullins.com
NELSON MULLINS RILEY & SCARBOROUGH LLP
One Financial Center, Suite 3500
Boston, MA 02111
Telephone:  (617) 217-4700
Facsimile:  (617) 217-4710

ATTORNEYS FOR DEFENDANT SOLCIUS, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ASHER BRONSTIN, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SOLCIUS, LLC,<br><br>　　　　　　Defendant. | Case No.: 8:23-cv-02255-JWH-KES<br><br>**STATUS REPORT**<br><br>Courtroom:　9D<br>Judge:　　　Hon. John W. Holcomb<br><br>Action filed: November 30, 2023 |

Pursuant to the Court's February 26, 2024 Order (ECF No. 28), Defendant Solcius, LLC ("Solcius") provides this Status Report advising the Court regarding the posture of the bankruptcy proceeding involving Solcius. As the Court is aware, on February 5, 2024, Solcius filed a voluntary petition for relief under chapter 7 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 in the Bankruptcy Court for the District of Delaware. (*See* ECF No. 27, Suggestion of Bankruptcy.) Based on undersigned counsel's understanding of the current status of the bankruptcy, it does not appear that Solcius will be continuing its business operations. Further, since the time of filing the Notice of Bankruptcy, undersigned counsel has been unable to communicate with any of the individuals at Solcius that formerly served as representatives for the company. It is undersigned counsel's understanding that Solcius does not currently have any active employees.

Undersigned counsel has communicated with counsel for the Trustee appointed to oversee the bankruptcy. The Trustee's counsel has not given undersigned counsel any authority to act on behalf of the Trustee or Solcius, and has informed undersigned counsel that the Trustee has no desire to become involved in this case.[1]

DATED: May 17, 2024

NELSON MULLINS RILEY & SCARBOROUGH LLP

*/s/ Ryan E. Cosgrove*
Ryan E. Cosgrove
Blake A. Gansborg
Kevin P. Polanksy

*Attorneys for Defendant Solcius, LLC*

---

[1] Based on undersigned counsel's inability to communicate with any representative for Solcius, and inability to obtain authority to act on behalf of the Trustee, counsel filed a motion to withdraw as counsel for Solcius in this matter. (ECF No. 31.)

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2024, I electronically filed the foregoing **STATUS REPORT** with the Clerk of Court using the CM/ECF system and I served a copy of the foregoing pleading on all counsel for all parties, via the CM/ECF system and/or mailing same by United States Mail, properly addressed, and First Class postage prepaid, to all counsel of record in this matter.

                                           */s/Ryan E. Cosgrove*
                                           Ryan E. Cosgrove